**FILED**

12/21/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0614

# IN THE SUPREME COURT OF THE STATE OF MONTANA
## SUPREME COURT CAUSE NO. DA 22-0614

ABBIGAIL STRAUB, BRITTNEY GRITTEN, BRITTNEY MILL, S.D., and K.H. )
)
)
)

Plaintiffs/Appellees, )
)
vs. )
)
CHIEN "HOWARD" HWA SHEN, SHEN PROPERTIES, LLC, CARNE, INC. d/b/a CARNE BRAZILIAN GRILL, ASIAN SEA GRILL, INC., WILD GINGER, INC., and TING TING "TINA" WU, )
)
)
)
)
)
)
)
)
)
Defendants/Appellants. )

**ORDER GRANTING UNOPPOSED MOTION TO STAY PROCEEDINGS PENDING STIPULATED DISMISSAL**

*******************

Based upon unopposed motion and good cause appearing,

**IT IS HEREBY ORDERED** that this case is STAYED. Counsel for Chien "Howard" Hwa Shen shall file a status report to the court on or about January 15, 2023.

DATED this _____ day of December, 2022.

_____
CHIEF JUSTICE

cc: John Heenan/Joe Cook
Mark D. Parker/Michael L. Dunphy/Cal J. Stacey
Patrick M. Sullivan

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
December 21 2022